BENJAMIN FRIEDLAND, Appellant, *v.* ARGENTOR HOLDING CORPORATION, Respondent.

*Appeal — motion to dismiss granted.*

*Friedland* v. *Argentor Holding Corp.,* 215 App. Div. 679, appeal dismissed.

(Argued January 11, 1926; decided January 19, 1926.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered October 30, 1925, which reversed an order of Special Term denying a motion by the defendant for a dismissal of the complaint, and granted said motion.

The motion was made on the ground that no appeal lay as of right to the Court of Appeals.

*Philip J. Ross* and *John J. Cunneen* for motion.

*William M. Silverman* opposed.

Motion granted, without costs.